FILED

10/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0366

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0366

_____

IN THE MATTER OF:

M.D.,                                                                    O R D E R

      A Youth in Need of Care.

_____

Upon consideration of Appellant's motion for extension of time and good cause appearing,

Appellant is granted an extension of time until November 18, 2021, within which to file the opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 13 2021